# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143184

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DAVID L. WOODARD,
      Plaintiff-Appellee,

v

FORD MOTOR COMPANY,
      Defendant-Appellee,
and

AAI EMPLOYEE SERVICES COMPANY,
L.L.C.,
      Defendant-Appellant.

SC: 143184
COA: 299850
WCAC: 10-000006

_____/

      On order of the Court, the application for leave to appeal the April 25, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

Clerk

t0919